AMERICAN DOCK COMPANY et al., Respondents, *v.* CITY OF NEW YORK et al., Appellants.

*Argued June 2, 1941; decided July 29, 1941.*

*William C. Chanler, Corporation Counsel* (*Seymour B. Quel, Oscar L. Tucker* and *George G. Gallantz* of counsel), for City of New York et al., appellants.

*John L. Galey* and *Stanley R. Wright* for New York Foreign Trade Zone Operators, Inc., appellant.

*Carl M. Owen, Redmond F. Kernan, Jr.,* and *Charles A. Davey* for respondents.

*Mathias F. Correa, United States Attorney* (*William F. Young* of counsel), for United States Foreign Trade Zones Board, *amicus curiæ.*

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.